**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Oscar FRANCO–MUNOZ, also known**
**as Cesar Franco, Defendant–**
**Appellant.**

**No. 05–51449**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 13, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, SMITH and STEWART, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

In this case, *sub nom. Sandoval–Vallejo v. United States,* —— U.S. ——, 127 S.Ct. 2031, 167 L.Ed.2d 760 (2007), the Court vacated and remanded for further consideration in light of *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006). The defendant has served his term of imprisonment and has been removed from the United States but remains subject to a term of supervised release.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We are governed by *United States v. Rosenbaum–Alanis*, 483 F.3d 381, 383 (5th Cir.2007), but, because defendant remains subject to supervised release, he may seek modification of the term of supervised release under 18 U.S.C. § 3583(e), which does not require his presence. *See United States v. Ayala–Flores*, 225 Fed.Appx. 333 (5th Cir.2007) (per curiam) (unpublished); *United States v. Argueta–Hernandez*, 225 Fed.Appx. 336 (5th Cir.2007) (per curiam) (unpublished).

We therefore DISMISS this appeal as moot without prejudice to defendant's right to seek a modification of his term of supervised release.